# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

146701

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re CHESTER PATTERSON

SC: 146701
COA: 307456
Kent CC: 71-014614-FY

_____

     On order of the Court, the application for leave to appeal the December 17, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



Clerk

h1021